UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:24-cr-148-SPC-NPM

JORGE GARCIA-LEMUS
a/k/a Carlos Luis Hernandez
Velazquez
a/k/a Christopher L. Villanueva

## PRELIMINARY ORDER OF FOREFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 55). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting the defendant's **United States Passport No. A07516819** ("Asset"). *See* 18 U.S.C. § 982(a)(6); Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above asset to the crime of conviction. The Court thus finds the United States is entitled to possession of the asset.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 55) is **GRANTED**.

1. The asset is **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 982(a)(6) and Rule 32.2(b)(2).
2. This Order will become a final order of forfeiture as to Defendant at sentencing.
3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on March 6, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

2